UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **ED CV 17-228-MWF(SPx)** Dated: **May 1, 2017**

Title: Liberty Mutual Fire Insurance Co., et al. -*v*- Ez-Flo International, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Lisa Gonzalez |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

Timothy E. Cary                     Michael J. Hansen

**PROCEEDINGS:    MOTION TO REMAND [11]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The hearing is held. The Court hears from counsel. An order will issue.

IT IS SO ORDERED.

Initials of Deputy Clerk  RS
: 07  MIN